Case 1:08-cr-00554   Document 1   Filed 07/11/2008   Page 1 of 1

PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*: SA-04-CR-681(01)OG

**DOCKET NUMBER** *(Rec. Court)*: 08 CR 554

RECEIVED JUN 23 2008 U.S. PROBATION OFFICE CHICAGO, IL

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joshua Abell | Western Texas | San Antonio |

**NAME OF SENTENCING JUDGE:** Orlando L. Garcia, U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| 02/20/2008 | 02/20/2008 | 02/20/2010 |

JUDGE JOAN H. LEFKOW
MAGISTRATE JUDGE NOLAN

**OFFENSE**

Conspiracy to Commit Copyright Infringement, in violation of 18 U.S.C. § 371, 18 U.S.C. § 2319(b)(1) and 17 U.S.C. § 506(a)(1).

Criminal Infringement of a Copyright, in violation of 17 U.S.C. § 506(a)(1) and 18 U.S.C. § 2319(b)(1).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN** DISTRICT OF **TEXAS**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/10/08
*Date*

_____
*United States [District or Mag judge] Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern** DISTRICT OF **Illinois**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED JUL 1 1 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

NF

JUL 1 1 2008
*Effective Date*

James F. Holderman
*United States [District or Mag judge] Judge*